UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

IN RE: ) CHAPTER 13
   MATTIE ROSS )
) CASE NO. 15-30469-DHW-13
      Debtor(s). )

## OBJECTION TO CONFIRMATION

Now comes GUARDIAN CREDIT UNION, by its attorneys, Chambless Math ❖ Carr, P.C., and objects to confirmation of the Debtor's proposed plan and in support thereof states as follows:

1. The debtor has failed to provide evidence of insurance coverage as required 11 U.S.C. Section 1326(a)(4) on the collateral securing the loans of the movant, to wit: 2010 CHRYSLER SEBRING.

2. The collateral securing the debts of the creditor is grossly undervalued and/or the specified monthly payment is insufficient to provide this creditor with adequate protection against depreciation of its interest over the term of the plan. The plan proposes to value the collateral at $8,425.00 whereas the NADA retail value is $9,475.00.

WHEREFORE, GUARDIAN CREDIT UNION, prays for an Order denying confirmation along with such further relief as the Court may deem proper.

                                    GUARDIAN CREDIT UNION

                                    By: /s/ Leonard N. Math

Of Counsel:
Chambless Math ❖ Carr, P.C.
P.O. Box 230759
Montgomery, Alabama 36123-0759
(334) 272-2230
lmath@chambless-math.com

Case 15-30469   Doc 23   Filed 04/10/15   Entered 04/10/15 17:10:57   Desc Main
Document      Page 1 of 2

CERTIFICATE OF SERVICE

    The undersigned certifies that the foregoing instrument was served on all attorneys of record as set forth below by electronic notice and/or depositing a copy thereof in the United States mail postage prepaid on this April 10, 2015.

Curtis C. Reding
Chapter 13 Trustee
P.O. Box 173
Montgomery AL 36101

JOSHUA C. MILAM
566 S. PERRY STREET
MONTGOMERY AL 36104

MATTIE ROSS
6930-E WRANGLER RD
MONTGOMERY AL 36117

                                  /s/ Leonard N. Math